UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| DAVID TUTTLE,<br><br>Plaintiff<br><br>v.<br><br>ALEX MARTINEZ,<br><br>Defendant | C.A. No. 3:18-CV-30128-KAR |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now comes the parties to the above-entitled matter and hereby stipulate and agree that the action be dismissed with prejudice and without costs.

THE PLAINTIFF,
DAVID TUTTLE

_____
David Tuttle, pro se

THE DEFENDANT,
ALEX MARTINEZ,
By His Attorney

_____
Thomas E. Day, BBO #655409
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102-9035
(413) 737-0260; Fax (413) 737-0121
Email: ted@efclaw.com

~~Dated: August __, 2019~~

SEP. 30, 2019

